**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMNEAL PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 13-cv-1729-SLR |

**DECLARATION OF NIRAV GANDHI**

I, Nirav Gandhi, declare as follows:

    1.    I am employed by Takeda Pharmaceuticals, U.S.A., Inc. ("Takeda"). I am the Senior Manger, Commercial and Managed Markets Reporting. I have been employed by Takeda for the past 11.5 years.

    2.    In my role at Takeda, I often review prescribing data associated with Takeda's products. Two such sources of data I regularly review and have experience with are IMS Health ("IMS") and Encuity Research ("Encuity"). In my experience, IMS and Encuity are the most well-known and relied upon sources of prescribing data in the pharmaceutical industry. During my tenure with Takeda, I have reviewed prescribing data from IMS and Encuity for a variety of products including Colcrys®.

    3.    I recently obtained historical and current prescribing data associated with Takeda's Colcrys® product for the treatment of Familial Mediterranean Fever and the treatment and prevention of gout flares. Encuity's data is known as "TreatmentAnswers™" and provides detailed information on a disease and drug level. This data source is also known in the industry as "PDDA" or "Physician Drug and Diagnosis Audit." As described in Exhibit A to this declaration, Encuity's TreatmentAnswers™ provides national-level disease state and associated therapy data. The data allows users an ability to customize and segment markets across a host of

physician and patient demographics. Encuity's TreatmentAnswers™ surveys more than 3,100 office-based physicians representing twenty eight specialties across the US. Physicians report on all patient activity during one typical workday each month and once collected, the drug and diagnosis information is projected by region and specialty to estimate national activity for a universe of more than 460,000 physicians.

       4.       I also obtained similar data from IMS which is known in the industry as "NDTI" or the National Disease and Therapeutic Index™. As described in Exhibit B to this declaration, NDTI is a monthly audit of office-based physicians that provides information regarding patterns and treatment of disease in the continental United States.

[intentionally left blank]

I declare that the foregoing statements are true and accurate, and that this declaration is made under penalty of perjury under the laws of the State of Illinois and the United States.

_____
Nirav Gandhi

Dated May 13, 2014

# EXHIBIT A



## TreatmentAnswers™

### Objectives
Introduced in 1990, Encuity's *TreatmentAnswers*™ audit provides national-level disease state and associated therapy data. This audit gives clients the ability to customize and segment markets across a host of physician and patient demographics. This audit is the premier drug and diagnosis audit in the pharmaceutical industry with nearly 80 pharmaceutical companies applying the data.

### Methods
The *TreatmentAnswers* surveys more than 3,100 office-based physicians representing 28 specialties across the US. Physicians report on all patient activity during one typical workday each month. Once collected, the drug and diagnosis information is projected by region and specialty to estimate national activity for a universe of more than 460,000 physicians.

### Specialties surveyed include:

| | | | |
|---|---|---|---|
| Allergy | Gastroenterology | Nephrology | Otorhinolaryngology |
| Allergy/immunology | General/family practice | Neurology | Pediatrics |
| "All other" surgery | General surgery | Obstetrics/gynecology | Podiatry |
| Cardiology | Geriatric medicine | Oncology | Pulmonary disease |
| Dermatology | Hematology | Ophthalmology | Psychiatry |
| Emergency medicine | Infectious disease | Orthopedic surgery | Rheumatology |
| Endocrinology | Internal medicine | Osteopathic medicine | Urology |

### Key Measures
*TreatmentAnswers* provides clients with measures needed for quantitative drug and diagnosis analysis. This audit uses three main bases of data: drug occurrences, diagnosis visits, and drug uses. "Drug occurrences" are the number of projected times a product is mentioned. "Diagnosis visits" are the projected number of patient/physician contacts for a particular condition. "Drug uses" are the projected number of times a product has been used to treat a specific diagnosis.

This audit also allows clients to view drug occurrences, diagnosis visits, and drug uses across patient and physician demographics. Available physician demographics include specialty, region, years in practice, prescribing volume, and type of practice. Patient demographics include contact location, height, weight, age, gender, race, blood pressure, cholesterol levels (total, HDL, LDL, triglycerides), insurance type, and body mass index.



## Capabilities

**Long-Term Planning**
- Provide market information to assist with research and development
- Trend historical data in key and unfamiliar markets

**Current Market Research Information**
- Reveal current diagnosis and product usage trends
- Track uses for products with multiple indications

**Measure Promotional Effectiveness**
- Examine patient drug request trends for all diagnoses
- Compare physician-reported desired actions for a product to promotional themes

## Value-Added Services

Two important summary reports are available via the Encuity client site on March 31 of each year.

**Specialty Profiles**
- Review an annual summary of physician activity
- Examine and analyze differences in treatment patterns by diagnosis

**Informational Highlights**
- Understand upper-level notable trends in the industry

## Deliverables

Encuity delivers *TreatmentAnswers* data to clients monthly (30 days after the close of the reporting period) through its online *Answer Generator*™—the industry standard in data delivery tools offering clients unmatched report flexibility.

## Examples



**Top-Five Patient Visit Diagnoses**

In 2011, hypertension received the most diagnoses resulting from patient visits, at minimum doubling the prevalence of other diagnoses.

4-Digit Diagnosis:
- 4019 Hypertension — 95,714
- V202 Routine Child Exam — 47,080
- 2500 Diabetes Mellitus — 40,728
- 2724 Hyperlipidemia — 34,352
- V723 Gynecologic Exam — 24,273

Visits (000)

SOURCE: Encuity *TreatmentAnswers* Audit



**Top-Five Patient Drug Requests**

In 2011, prescription of the highest requested drug was granted only 57% of the time.

- Product A — 57.1%
- Product B — 2.4%
- Product C — 87.2%
- Product D — 92.2%
- Product E — 68.3%

Total Visits / Granted Visits / Granted Request %

Visits

SOURCE: Encuity *TreatmentAnswers* Audit

For more information, please contact your Encuity representative at 800.628.3186 or visit encuity.com.



Encuity Research is a subsidiary of Campbell Alliance dedicated to bringing biopharmaceutical clients answers that are credible, defensible, and measurable. We offer a breadth of custom qualitative, quantitative, and syndicated market research services with insights to help you make critical decisions without looking back. Learn more at encuity.com. Copyright ©2012. All Rights Reserved.

# EXHIBIT B

# NATIONAL DISEASE AND THERAPEUTIC INDEX

1                                                                                                                                                    1

---

## AUDIT SPECIFICATIONS:

### Service Objective:

The National Disease and Therapeutic Index (NDTI) is a continuing compilation of statistical information about the patterns and treatment of disease encountered by office-based physicians in the continental United States.

### Universe:

NDTI estimates in 2013 are based on a universe of 523,763 physicians.

*Geography*: NDTI panel physicians reside and practice within the continental U.S., regional map provided (figure 1).

*Type of Practice*: Panel members are office-based physicians in private practice.

*Location of Practice:* Panel physicians report all patient contacts on preassigned days regardless of where the contact was made; the physician's office, a hospital or nursing home, etc.

*Specialties Covered:* The NDTI sample is drawn from all primary specialties involved in direct patient care. (See Page 8 and 9 for the list of covered AMA primary specialties.)

### Sample:

*Size:* A total of 1,380 physicians report per month, 4,140 physicians per quarter. The Quarterly Sample Design is found on Page 12.

*Type of Sample:* The sampling methodology employed is a two-stage stratified cluster, randomly drawn. In the first stage, physicians are sampled. Two workdays per month are subsampled from each doctor in the second stage.

*Strata:* The sample is selected by primary specialties and the 9 census divisions.

*The Reporting Period:* Each physician reports on all patient contacts during two consecutive workdays in each calendar quarter. Data is collected on at least 2,760 workdays each month and 8,280 workdays each quarter. Reporting days are randomly assigned to ensure that all workdays in a report period are covered. Saturdays, Sundays and holidays are assigned as reporting days to physicians who practice on those days.

### Data Collection:

*Recruitment:* Physicians are initially contacted via trained IMS telephone recruiters who specialize in enlisting physicians to participate in market research studies. Participants are guaranteed personal as well as patient anonymity. Participating physicians are given a choice to report information via Case Record Books or the Web.

*Case Record Books:* Each panel physician is mailed a case record book. General instructions, reporting dates and mailing information are shown on the cover. Detailed instructions for completing the source documents precede the first case record. An example of the case record form with the instructions can be found on Pages 5 and 6.

*Web-based Reporting:* Physicians who choose to report via the Web are e-mailed a Web Site address, user ID and password. Physicians are linked to a welcome screen which then guides them through the reporting process.

*Visit Records:* Physicians are instructed to report each patient contact during the two day reporting period. Every patient contact reported is considered a patient visit, regardless of the location. Each diagnosis reported for a patient visit generates a diagnosis visit. A single patient visit may generate several diagnosis visits.

### Projection:

*Projection Matrix:* There are 4 regions and 148 primary specialties which form a region/specialty matrix. Collapsing logic is utilized to combine cells for projections when the sample does not support projecting a cell by itself.

*Universe of Workdays:* NDTI sample units are physician workday. Therefore, the universe of workdays must be estimated in order to project the data. The universe of physician workdays is calculated each month for each cell in the projection matrix. The source of this information is an independent telephone survey of over 1,951 physicians per month.

*Projection Factors:* Within each cell, the projection factor is derived by dividing the number of physician workdays in the universe by the number of sample workdays collected.

NATIONAL DISEASE AND THERAPEUTIC INDEX

3                                                                                                                           3

## NDTI REGIONAL STRATA:
### Region/Individual Region/State Breakout

**I. East**
1. *New England:* (NE) Maine, Vermont, New Hampshire, Massachusetts, Rhode Island, Connecticut
2. *Middle Atlantic:* (MA) New York, Pennsylvania, New Jersey

**II. Midwest**
3. *East North Central:* (ENC) Wisconsin, Michigan, Illinois, Indiana, Ohio
4. *West North Central:* (WNC) North Dakota, Minnesota, South Dakota, Nebraska, Iowa, Kansas, Missouri

**III. South**
5. *South Atlantic:* (SA) West Virginia, Delaware, Maryland, Washington DC, Virginia, North Carolina, South Carolina, Georgia, Florida
6. *East South Central:* (ESC) Kentucky, Tennessee, Mississippi, Alabama
7. *West South Central:* (WSC) Oklahoma, Arkansas, Texas, Louisiana

**IV. West**
8. *Mountain:* (MTN) Montana, Idaho, Wyoming, Nevada, Utah, Colorado, Arizona, New Mexico
9. *Pacific:* (PAC) Washington, Oregon, California



Figure 1

NATIONAL DISEASE AND THERAPEUTIC INDEX

5                                                                                                                        5

## INDIVIDUAL CASE RECORD - SAMPLE
*(Figure 2)*

[Form image: Individual Case Record sample form with fields for Diagnosis #1 and Diagnosis #2, including sections for referral, severity of condition, underlying conditions, drug therapy (form, strength, signa, desired action), contact made, blood pressure, cholesterol level, race, sex, smoker status, age, therapy details, drug replacement, issuance, and type of insurance coverage.]

Instructions To The Physician Regarding The Completion of
The Case Record
*(Figure 3)*

## REPORTING INSTRUCTIONS

### 1 DIAGNOSIS

- Accuracy in reporting information is most important i e distinguish between Obesity of Endocrine Origin and other forms of Obesity
- Post-operative or post medical visits should be listed as such under DIAGNOSIS and include a brief description of treated condition
- In recording obstetrical cases please do not use the term Delivery except where delivery actually occurred on the visit you are reporting

| | |
|---|---|
| ● REFERRED BY OTHER PHYSICIAN? | Check yes only if referred for this episode of this diagnosis |
| ● SEEN BEFORE? | Check yes only if you have seen the patient previously for this episode of this diagnosis |
| ● NUMBER OF TIMES SEEN? | Specify the number of visits for this diagnosis only in the last 12 months |
| ● NUMBER DAYS SINCE LAST VISIT? | Specify the number of days since last visit for this episode of this diagnosis |
| ● SEVERITY OF CONDITION– | Check mild moderate or severe for this episode of this diagnosis |
| ● SURGERY/PROCEDURE THIS VISIT | If you personally perform an operation or other procedure whether in your office the patient s home or the hospital ON THE VISIT YOU REPORT please specify the exact nature of the procedure on the line provided |
| ● IS VISIT POST–OP? | Check yes or no |
| ● UNDERLYING CONDITIONS | Indicate if any pre existing conditions not treated this visit exist If yes specify conditions |

### 2 DRUG

| | |
|---|---|
| ● DRUG THERAPY | Record all PRESCRIPTION DRUGS OTC PRODUCTS VACCINES AND VITAMINS exactly as recommended or written on a prescription or hospital order Include form and strength Specify if product was Rx or OTC version -- Include drugs started this visit and those previously ordered and continued for this diagnosis |
| ● DAW/SUB | Check DISPENSE AS WRITTEN or SUBSTITUTION PERMITTED |
| ● DRUG THERAPY INFLUENCE | Did the Patient s Insurance Company Formulary Influence your choice of therapy? Check Yes No or Not Applicable (NA |
| ● SIGNA | Use maintenance dosage only as opposed to the initial starter' dosage |
| ● DESIRED ACTION | e g day or night sedation not just sedation Also specify use as pre-op or post op medication |
| ● THERAPY | Indicate QUANTITY and unit of measure e g 100 tabs or 150 mlc Record number of DAYS OF THERAPY for the prescription –IF STARTED THIS VISIT is checked please continue u der DRUG REPLACEMENT with proper indication If replaced indicate drug replaced |

*(continued)*

| | |
|---|---|
| ● ISSUANCE | Check the appropriate box or boxes which describes the administration of the drug to the patient More than one box may be checked for a drug e g Gave Sample followed by an Rx or Recommendation |
| Stock Dispensed | Any medication taken from your office supply including injectables not charged to patient (excludes samples from pharmaceutical manufacturers) |
| Stock Sold to Patient | Any medication purchased by you and sold to the patient |
| Gave Sample | Samples of drugs supplied by pharmaceutical manufacturers |
| Signed or Phoned Rx | A formal prescription signed by you or phoned into a pharmacy |
| Rec md to Patient | Any drug recommendation not involving a signed prescription |
| Hospital Order | All drugs given in the hospital |
| Not Issued This Visit | No formal prescription given no sample dispensed or no medication sold by you |

### 3 PATIENT

| | |
|---|---|
| ● CONTACT MADE | Check where visit takes place |
| ● INDICATE RACE SEX AND SMOKER | |
| ● BLOOD PRESSURE | if taken this visit |
| ● CHOLESTEROL LEVEL | most recent result available |
| ● AGE | Effective April 2003 Age data element modified to comply with HIPAA regulations If 1-84 years please specify age, if less than one year or 85+ years check appropriate box |
| ● TYPE OF INSURANCE COVERAGE | Check all that apply |
| HMO/IPA-Capitation | Patient coverage is with any HMO/IPA organization i e company sponsored HMO sponsored by Blue Cross HMO sponsored by Medicare and physician receives per patient reimbursement |
| HMO/IPA Fee for Service | Patient coverage is with any HMO/IPA organization i e company sponsored HMO sponsored by Blue Cross HMO sponsored by Medicare and physician receives per visit reimbursement |
| PPO-Preferred Provider | Patient belongs to an association of physicians or group practice providing discount rate healthcare |
| 3rd Party Insurance | Patient is covered by Blue Cross/Blue Shield Workers Compensation any company insurance plans i e Cigna Travelers etc |
| Medicare | Reimbursement from federal funds |
| Medicaid/Welfare | Reimbursement from state funds |
| Unknown/No Insurance | Patient pays for the visit and you do not know his reimbursement insurance company or patient has no insurance (If patient pays and source of the reimbursement is known to you check appropriate source above instead of this response ) |

IF SECOND DIAGNOSIS FOR ANY PATIENT VISIT RECORD THIS INFORMATION ON REVERSE SIDE OF CASE RECORD FORM AS DIAGNOSIS #2

## TABLE 1

## U.S. POPULATION

## 2010

| Age | Total Population | | Male | Female |
|---|---|---|---|---|
| | #(000) | % | #(000) | #(000) |
| Under 5 | 20,201 | 6.5% | 10,319 | 9,882 |
| 5 – 9 | 20,349 | 6.6% | 10,390 | 9,959 |
| 10 - 19 | 42,718 | 13.8% | 21,884 | 20,834 |
| 20 - 29 | 42,688 | 13.8% | 21,650 | 21,038 |
| 30 - 39 | 40,142 | 13.0% | 20,039 | 20,103 |
| 40 - 49 | 43,600 | 14.1% | 21,603 | 21,996 |
| 50 - 59 | 41,963 | 13.6% | 20,457 | 21,506 |
| 60 - 64 | 16,818 | 5.4% | 8,078 | 8,740 |
| 65 - 74 | 21,713 | 7.0% | 10,097 | 11,617 |
| 75+ | 18,555 | 6.0% | 7,266 | 11,288 |
| TOTAL | 308,746 | 100.0% | 151,781 | 156,964 |
| % of Total | | | 49.2% | 50.8% |

Source: 2010 National Population Estimates – Characteristics National Sex & Age
www.census.gov/popest/national/asrh/NC-EST2004

\* Total population may not sum to 100.0 due to rounding.

## NATIONAL DISEASE AND THERAPEUTIC INDEX

8          8

### TABLE 2A
### UNIVERSE OF OFFICE-BASED PHYSICIANS 2013

| COVERED IN NDTI | NO. OF PHYSICIANS | COVERED IN NDTI | NO. OF PHYSICIANS |
|---|---|---|---|
| **ALLERGY** | 3,461 | **EMERGENCY MEDICINE** | 22,869 |
| Allergy | 402 | Emergency Med/Family Med | 16 |
| Allergy & Immunology | 2,942 | Emergency Medical Services | 1 |
| Immunology | 34 | Emergency Medicine | 21,944 |
| Pediatric Allergy | 83 | Int Med/EM/Crit Care (Res) | 3 |
| | | Internal Med/EM-Residency | 50 |
| **ALL OTHER SURGERY** | 20,148 | Med Toxicolcolgy-Preven. Med | 20 |
| Abdominal Surgery | 58 | Medical Toxicology-EM | 101 |
| Cardiothoracic Surgery | 3,454 | Medical Toxicology-Pediatrics | 2 |
| Congenital Cardiac Surgery | 14 | Ped/Emerg Med-Residency | 17 |
| Cosmetic Surgery | 145 | Pediatric Emergency Med, EM | 122 |
| Craniofacial Surgery | 20 | Pediatric Emergency Med, PED | 593 |
| Dermatologic Surgery | 156 | | |
| Endovsc Surg Neurorad | 4 | **ENDOCRINOLOGY** | 4,964 |
| Facial Plastic Surgery | 412 | Diabetes | 124 |
| Hand Surgery | 1,788 | Endocrinology & Metabolism | 4,147 |
| Head & Neck Surgery | 146 | Pediatric Endocrinolgy Diabetes | 693 |
| Neurological Surgery | 4,039 | | |
| Oral & Maxillofacial Surgery | 385 | **FAMILY PRACTICE** | 67,761 |
| Pediatric Cardiothoracic Surg | 36 | Adolescent Medicine, FP | 6 |
| Pediatric Surgery | 614 | Family Medicine | 60,762 |
| Pediatric Surgery-Neurology | 24 | Family Med/Preventative Med | 8 |
| Phlebology | 128 | Internal Med/FP-Residency | 23 |
| Plastic Surgery | 5,744 | Urgent Care Medicine | 279 |
| Plastic Surg. Within Head & Neck | 5 | PT OB/GYN | 672 |
| Plastic Surg in Hd & Neck (OTO) | 2 | PT Other | 5,779 |
| Plastic Surg in Head & Neck (PLS) | 8 | PT Surgery | 232 |
| Surgical Oncology | 298 | **GASTROENTEROLOGY** | 11,464 |
| Transplant Surgery | 123 | Gastroenterology | 10,716 |
| Trauma Surgery | 160 | Hepatology | 73 |
| Vascular Surgery | 2,385 | Pediatric Gastroenterology | 632 |
| | | Pediatric Transplant Hepatology | 3 |
| **CARDIOLOGY** | 21,899 | Transplant Hepatology | 40 |
| Adv Heart Fail & Transpl Cardio | 1 | **GENERAL PRACTICE** | 4,122 |
| Cardiac Electrophysiology | 1,300 | General Practice | 2,759 |
| Cardiovascular Diseases | 17,133 | PT OB/GYN | 63 |
| Interventional Cardiology | 1,970 | PT Other | 1,100 |
| Pediatric Cardiology | 1,473 | PT Surgery | 200 |
| Vascular Medicine | 22 | | |
| | | **GENERAL SURGERY** | 18,089 |
| **COLON & RECTAL SURGERY** | 1,313 | | |
| Colon & Rectal Surgery | 1,312 | **GERIATRICS** | 2,951 |
| Proctology | 1 | Geriatrics FP | 529 |
| | | Geriatrics IM | 2,422 |
| **DERMATOLOGY** | 9,438 | | |
| Dermatology | 9,294 | **HEMATOLOGY** | 838 |
| Internal Med/Dermatology (Res) | 7 | | |
| Pediatric Dermatology | 12 | **INTERNAL MEDICINE** | 83,338 |
| Pediatrics Dermatology (Res) | 3 | Adolescent Medicine, IM | 12 |
| Procedural Dermatology | 122 | Infectious Diseases | 4,546 |
| | | Internal Medicine | 75,230 |

NATIONAL DISEASE AND THERAPEUTIC INDEX

9     9

TABLE 2A
UNIVERSE OF OFFICE-BASED PHYSICIANS 2013

| COVERED IN NDTI | NO. OF PHYSICIANS | COVERED IN NDTI | NO. OF PHYSICIANS |
|---|---|---|---|
| Internal Medicine/Pediatrics | 3,188 | OSTEOPATHY | 37,257 |
| Pediatric Infectious Diseases | 362 | Emergency Medicine | 3,041 |
| | | Obstetrics & Gynecology | 2,071 |
| NEPHROLOGY | 7,120 | Other Specialties | 4,636 |
| Nephrology | 6,755 | Pediatrics | 1,973 |
| Pediatric Nephrology | 365 | Primary Care | 22,912 |
| | | Surgery | 2,624 |
| NEUROLOGY | 9,780 | | |
| Child Neurology | 807 | OTOLARYNGOLOGY | 7,743 |
| Endovascular Surg Neuroradiology | 24 | Otolaryngology | 7,455 |
| Epilepsy | 3 | Otology - Neurotology | 139 |
| Internal Med/Neuro-Residency | 6 | Pediatric Otolaryngology | 149 |
| Neurodev Disabilities,Psy & Neu | 12 | | |
| Neurology | 8,726 | PEDIATRICS | 45,972 |
| Neuromuscular Med(Neurology) | 63 | Adolescent Medicine | 269 |
| Psychiatry/Neuro-Residency | 11 | Child Abuse Pediatrics | 8 |
| Vascular Neurology | 128 | Developmental-Behavioral Peds | 126 |
| OBSTETRICS/GYNECOLOGY | 33,144 | Neonatal/Perinatal Medicine | 2,886 |
| Fem Pelvic Med & Rec Surgery (OBG) | 10 | Neurodev Disabilities, Pediatric | 17 |
| Gynecology | 1,894 | Pediatrics | 42,666 |
| Maternal & Fetal Medicine | 379 | | |
| Obstetrics | 140 | PODIATRY | 15,413 |
| Obstetrics & Gynecology | 30,189 | | |
| Reproductive Endocrinology | 532 | PSYCHIATRY | 29,894 |
| ONCOLOGY | 13,737 | Addiction Psychiatry | 315 |
| Gynecological Oncology | 336 | Child & Adolescent Psychiatry | 5,620 |
| Hematology-Oncology | 4,851 | Geriatric Psychiatry | 649 |
| Medical Oncology | 3,228 | IM/Psychiatry-Residency | 48 |
| Musculoskeletal Oncology | 59 | Neuropsychiatry | 23 |
| Pediatric Hematology-Oncology | 1,206 | Ped/Chld & Adol Psy-Residency | 49 |
| Pediatric Radiology | 577 | Psychiatry | 23,014 |
| Radiation Oncology | 3,480 | Psychiatry/FP-Residency | 39 |
| | | Psychosomatic Medicine | 137 |
| OPHTHALMOLOGY | 15,908 | | |
| Ophthalmic Plastic & Reconst Surg | 20 | PULMONARY DISEASES | 4,501 |
| Ophthalmology | 15,713 | Pediatric Pulmonary Dis. | 514 |
| Pediatric Ophthalmology | 175 | Pulmonary Diseases | 3,987 |
| ORTHOPEDIC SURGERY | 18,372 | | |
| Adult Reconstructive Surgery | 270 | RHEUMATOLOGY | 3,806 |
| Orthopedic Sports Medicine | 1,406 | Pediatric Rheumatology | 132 |
| Orthopedic Surgery of Spine | 620 | Rheumatology | 3,674 |
| Orthopedic Surg, Foot & Ankle | 114 | | |
| Orthopedic Surgery | 15,573 | UROLOGY | 8,461 |
| Orthopedic Surgery-Trauma | 113 | Pediatric Urology | 209 |
| Pediatric Orthopedics | 276 | Urology | 8,252 |
| **TOTAL COVERED PHYSICIANS** | | | **523,763** |

Source: American Medical Association & American Osteopathic Association

TABLE 2B

UNIVERSE OF OFFICE-BASED PHYSICIANS 2013

NOT COVERED IN NDTI

| NOT COVERED IN NDTI | NO. OF PHYSICIANS |
|---|---:|
| ADDICTION MEDICINE | 133 |
| AEROSPACE MEDICINE | 103 |
| ANESTHESIOLOGY/ PAIN MGMT | 32,914 |
| CLINICAL PHARMACOLOGY | 37 |
| CRITICAL CARE MEDICINE | 7,785 |
| DIAGNOSTIC LAB IMMUNOLOGY | 22 |
| GENERAL PREVENTIVE MEDICINE | 1,303 |
| HOSPICE & PALLIATIVE MED | 272 |
| LEGAL MEDICINE | 21 |
| MEDICAL MICROBIOLOGY | 31 |
| NUCLEAR MEDICINE | 873 |
| NUTRITION | 57 |
| OCCUPATIONAL MEDICINE | 1,302 |
| OSTEOPATHS | 7,134 |
| OTHER | 5,196 |
| PATHOLOGY | 11,042 |
|     Pathology-Anatomic | 467 |
|     Blood Bank/Transfusion Medicine | 287 |
|     Clinical Pathology | 135 |
|     Dermatopathology | 540 |
|     Forensic Pathology | 314 |
|     Pathology-Hematology | 561 |
|     Mol Gen Pathology | 34 |
|     Pathology-Neuropathology | 172 |
|     Pathology-Chemical | 10 |
|     Pathology-Cytopathology | 654 |
|     Pediatric Pathology | 97 |
|     Pathology-Anatomical/Clinical | 7,457 |
|     Selective Pathology | 314 |
| PHYSICAL MEDICINE AND REHABILITATION | 7,173 |
| PSYCHOANALYSIS | 277 |
| PUBLIC HEALTH | 117 |
| RADIOLOGY | 25,192 |
|     Abdominal Radiology | 122 |
|     Cardiothoracic Radiology | 17 |
|     Diagnostic Radiology | 18,399 |
|     Nuclear Radiology | 123 |
|     Neurology/Diagnostic & Neuro Rad | 28 |
|     Radiation | 2,624 |
|     Neuroradiology | 2,035 |
|     Vascular & Interventional Radiology | 1,844 |
| RESIDENCY PROGRAMS | 207 |
| UNSPECIFIED | 3,484 |
| | === |
| TOTAL NOT COVERED PHYSICIANS | 104,675 |

Source: American Medical Association & American Osteopathic Association

NATIONAL DISEASE AND THERAPEUTIC INDEX

11                                                                                          11

TABLE 3

NDTI UNIVERSE

BY GROUP SPECIALTY AND REGION

2013

| GROUP SPECIALTY | EAST | MIDWEST | SOUTH | WEST | TOTAL | % |
|---|---|---|---|---|---|---|
| Allergy | 795 | 728 | 1,222 | 716 | 3,461 | 0.7 |
| All Other Surgery | 4,200 | 3,961 | 7,343 | 4,644 | 20,148 | 3.8 |
| Cardiology | 5,418 | 4,534 | 7,951 | 3,996 | 21,899 | 4.2 |
| Colon & Rectal Surgery | 347 | 294 | 447 | 225 | 1,313 | 0.3 |
| Dermatology | 2,163 | 1,669 | 3,252 | 2,354 | 9,438 | 1.8 |
| Emergency Medicine | 3,912 | 4,669 | 8,015 | 6,273 | 22,869 | 4.4 |
| Endocrinology | 1,333 | 962 | 1,686 | 983 | 4,964 | 0.9 |
| Family Practice | 8,079 | 15,691 | 21,984 | 15,324 | 61,078 | 11.7 |
| FP - Part Time | 910 | 1,537 | 2,552 | 1,684 | 6,683 | 1.3 |
| Gastroenterology | 2,909 | 2,080 | 4,138 | 2,337 | 11,464 | 2.2 |
| General Practice | 289 | 445 | 1,182 | 843 | 2,759 | 0.5 |
| GP - Part Time | 189 | 234 | 563 | 377 | 1,363 | 0.3 |
| General Surgery | 3,590 | 3,729 | 6,712 | 4,058 | 18,089 | 3.5 |
| Geriatrics | 873 | 541 | 950 | 587 | 2,951 | 0.6 |
| Hematology | 271 | 136 | 246 | 185 | 838 | 0.2 |
| Internal Medicine | 20,921 | 16,381 | 27,403 | 18,633 | 83,338 | 15.9 |
| Nephrology | 1,561 | 1,361 | 2,747 | 1,451 | 7,120 | 1.4 |
| Neurology | 2,349 | 1,808 | 3,489 | 2,134 | 9,780 | 1.9 |
| Ob/Gyn | 6,843 | 6,424 | 12,407 | 7,470 | 33,144 | 6.3 |
| Oncology | 3,173 | 2,898 | 4,887 | 2,779 | 13,737 | 2.6 |
| Ophthalmology | 3,739 | 3,183 | 5,536 | 3,450 | 15,908 | 3.0 |
| Orthopedic Surgery | 3,698 | 3,760 | 6,599 | 4,315 | 18,372 | 3.5 |
| Osteopathy | 9,311 | 10,874 | 10,475 | 6,597 | 37,257 | 7.1 |
| Otolaryngology | 1,570 | 1,477 | 2,958 | 1,738 | 7,743 | 1.5 |
| Pediatrics | 10,635 | 8,540 | 16,430 | 10,367 | 45,972 | 8.8 |
| Podiatrists | 4,793 | 3,665 | 4,059 | 2,896 | 15,413 | 2.9 |
| Psychiatry | 8,754 | 5,070 | 8,940 | 7,130 | 29,894 | 5.7 |
| Pulmonary Diseases | 1,134 | 792 | 1,620 | 955 | 4,501 | 0.9 |
| Rheumatology | 949 | 750 | 1,286 | 821 | 3,806 | 0.7 |
| Urology | 1,904 | 1,686 | 3,155 | 1,716 | 8,461 | 1.6 |
| **Total Physicians** | **116,612** | **109,879** | **180,234** | **117,038** | **523,763** | **100** |

Source: American Medical Association & American Osteopathic Association

*Percent Totals may not sum to 100.00 due to rounding.

TABLE 4

NDTI QUARTERLY SAMPLE DESIGN

2013

| GROUP SPECIALTY | REGION | | | | |
| --- | --- | --- | --- | --- | --- |
| | East | Midwest | South | West | U.S. Total |
| Allergy | 34 | 32 | 53 | 31 | 150 |
| All Other Surgery | 29 | 27 | 50 | 32 | 138 |
| Cardiology | 42 | 36 | 62 | 31 | 171 |
| Colon & Rectal Surgery | 6 | 6 | 8 | 4 | 24 |
| Dermatology | 34 | 27 | 52 | 37 | 150 |
| Emergency Medicine | 15 | 18 | 32 | 25 | 90 |
| Endocrinology | 24 | 17 | 31 | 18 | 90 |
| FP - Full Time | 42 | 82 | 116 | 81 | 321 |
| FP - Part Time | 7 | 12 | 21 | 14 | 54 |
| Gastroenterology | 23 | 16 | 33 | 18 | 90 |
| GP - Full Time | 4 | 6 | 17 | 12 | 39 |
| GP - Part Time | 3 | 4 | 10 | 7 | 24 |
| General Surgery | 28 | 29 | 52 | 32 | 141 |
| Geriatrics | 16 | 10 | 17 | 11 | 54 |
| Hematology | 11 | 5 | 10 | 7 | 33 |
| Internal Medicine | 118 | 93 | 155 | 105 | 471 |
| Nephrology | 8 | 7 | 14 | 7 | 36 |
| Neurology | 50 | 39 | 75 | 46 | 210 |
| Ob/Gyn | 48 | 45 | 86 | 52 | 231 |
| Oncology | 35 | 32 | 53 | 30 | 150 |
| Ophthalmology | 25 | 21 | 36 | 23 | 105 |
| Orthopedic Surgery | 28 | 29 | 51 | 33 | 141 |
| Osteopathy | 53 | 62 | 60 | 38 | 213 |
| Otolaryngology | 18 | 17 | 35 | 20 | 90 |
| Pediatrics | 59 | 47 | 91 | 58 | 255 |
| Podiatrists | 45 | 34 | 38 | 27 | 144 |
| Psychiatry | 66 | 38 | 67 | 54 | 225 |
| Pulmonary Diseases | 27 | 19 | 39 | 23 | 108 |
| Rheumatology | 25 | 20 | 35 | 22 | 102 |
| Urology | 20 | 18 | 34 | 18 | 90 |
| Total | 943 | 848 | 1,433 | 916 | 4,140 |