# EXHIBIT F

**Summary of National Prescription Data for Colchicine/Colcrys®[1]**

**Encuity Research ("Encuity") Data**

| # of Prescriptions | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FMF | 0 | 0 | 0 | 5,000 | 8,000 | 0 | 0 | 2,000 | 0 | 0 | **15,000** |
| Gout[2] | 644,000 | 643,000 | 849,000 | 741,000 | 710,000 | 753,000 | 934,000 | 868,000 | 1,045,000 | 977,000 | **8,164,000** |
| Total (FMF + Gout) | 644,000 | 643,000 | 849,000 | 741,000 | 718,000 | 753,000 | 934,000 | 870,000 | 1,045,000 | 977,000 | **8,179,000** |
| Total (FMF, gout, and unapproved uses) | 766,000 | 784,000 | 925,000 | 921,000 | 882,000 | 873,000 | 1,035,000 | 909,000 | 1,102,000 | 1,021,000 | **9,218,000** |

**FMF/(FMF + Gout) = 15,000/8,179,000 = 0.0018 (or 0.18%)**

**FMF/Total (FMF, gout, and unapproved uses) = 15,000/9,218,000 = 0.0016 (or 0.16%)**

**IMS Health ("IMS")/NDTI[3] Data**

| # of Prescriptions | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|
| FMF | 0 | 1,826 | 0 | 0 | 7,604 | 0 | 9,430 |
| Gout | 679,016 | 1,121,644 | 1,121,987 | 962,199 | 1,180,120 | 1,137,858 | 6,202,824 |
| Total (FMF + Gout) | 679,016 | 1,123,470 | 1,121,987 | 962,199 | 1,187,724 | 1,137,858 | 6,212,254 |

**FMF/(FMF + Gout) = 9,430/6,212,254 = .0015 (or 0.15%)**

---

[1] Since 2009, physicians may prescribe Colcrys® by writing *either* "colchicine" or "Colcrys®." *See* Boomershine Decl. ¶¶ 10-11. This chart adds "colchicine" and "Colcrys®" data together to reflect the total number of prescriptions in the United States.

[2] "Gout" includes all gout ICD-9 Codes: 274000 (GOUTY ARTHROPATY UNSPEC), 274010 (ACUTE GOUTY ARTHROPATHY), 274020 (CHR GTY ARTHR NO MEN TPS), and 274900 (Gout NOS).

[3] The National Disease Therapeutic Index ("NDTI") is a database maintained by IMS. The NDTI data starts in 2008. With respect to gout, the NDTI data extends through Q1 of 2014; with respect to FMF the NDTI data extends only through Q4 of 2013. Thus, this chart extends through Q4 of 2013. Total colchicine/Colcrys® prescription data (i.e., including unapproved uses of colchicine) is not currently available from NDTI.