# EXHIBIT G




| | MAT/JUN/2004 Uses (000) | MAT/JUN/2005 Uses (000) | MAT/JUN/2006 Uses (000) | MAT/JUN/2007 Uses (000) | MAT/JUN/2008 Uses (000) | MAT/JUN/2009 Uses (000) | MAT/JUN/2010 Uses (000) | MAT/JUN/2011 Uses (000) | MAT/JUN/2012 Uses (000) | MAT/JUN/2013 Uses (000) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Allopurinol** | 1,602 | 1,710 | 1,880 | 1,732 | 1,672 | 1,642 | 1,612 | 1,744 | 1,732 | 1,640 |
| **274900 GOUT NOS** | 1,281 | 1,452 | 1,521 | 1,499 | 1,407 | 1,355 | 1,349 | 1,365 | 1,352 | 1,352 |
| **790610 HYPERURICEMIA** | 105 | 74 | 42 | 43 | 58 | 62 | 29 | 63 | 68 | 40 |
| **274000 GOUTY ARTHROPATY UNSPEC** | 71 | 63 | 99 | 32 | 19 | 28 | 54 | 140 | 74 | 87 |
| **592000 CALCULUS OF KIDNEY** | 29 | 30 | 25 | 29 | 27 | 20 | 30 | 60 | 79 | 58 |
| **202800 LYMPHOMA NEC UNSPEC SITE** | 11 | 15 | 8 | -- | -- | 5 | -- | -- | -- | -- |
| **274110 URIC ACID NEPHROLITHIAS** | 11 | -- | 6 | -- | 14 | 7 | -- | -- | 19 | 31 |
| **446510 TEMPORAL ARTERITIS** | 9 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **428000 CONGESTIVE HEART FAILURE** | 8 | -- | 22 | -- | 12 | -- | 10 | 6 | -- | -- |
| **272400 HYPERLIPIDEMIA NEC/NOS** | 8 | 1 | -- | -- | -- | -- | -- | -- | -- | -- |
| **V67076 P/O CARDIAC SURGERY** | 7 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **530200 ULCER OF ESOP W/O BLEED** | 7 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **427310 ATRIAL FIBRILLATION** | 6 | -- | 7 | -- | 6 | -- | -- | -- | -- | -- |
| **592900 URINARY CALCULUS NOS** | 6 | -- | 10 | -- | 3 | -- | -- | -- | -- | -- |
| **586000 RENAL FAILURE NOS** | 5 | -- | -- | 11 | 3 | -- | -- | 7 | -- | 8 |
| **201900 HODGKINS DIS NOS UNSPEC** | 5 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **593910 RENAL DISEASE NOS** | 5 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **594200 URETHRAL CALCULUS** | 4 | -- | -- | -- | -- | 3 | -- | -- | 4 | -- |
| **205000 AC MYELOID LEUK W/O REM** | 4 | 1 | -- | 10 | 6 | -- | -- | -- | -- | -- |
| **277100 DIS PORPHYRIN METABOLISM** | 3 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **238400 POLYCYTHEMIA VERA** | 3 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **203000 MULT MYELOMA W/O REMISS** | 3 | -- | -- | -- | -- | 9 | -- | 6 | 3 | -- |
| **V13010 HX URINARY CALCULI** | 3 | -- | -- | -- | -- | -- | -- | 5 | -- | -- |
| **289831 MYELOFIBROSIS** | 2 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **716900 ARTHRITIS NOS---UNSPEC** | 2 | -- | 12 | -- | -- | -- | -- | -- | -- | -- |
| **204000 AC LYMPHOID LEUK W/O REM** | 1 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **205100 CHR MYELOID LEUK W/O REM** | 1 | 4 | 1 | -- | -- | -- | -- | -- | -- | -- |
| **V68100 ISSUE REPEAT PRESCRIPT** | -- | 8 | -- | -- | 7 | 5 | -- | -- | -- | -- |
| **715090 GENERAL OSTEOARTH MULTIP** | -- | -- | -- | -- | -- | -- | -- | -- | 3 | 4 |
| **593920 RENAL INSUFFICIENCY** | -- | -- | -- | -- | -- | -- | -- | 5 | -- | -- |
| **593890 RENAL & URETERAL DIS NEC** | -- | -- | 3 | -- | -- | -- | -- | -- | -- | -- |
| **555010 CROHN'S DISEASE-ILEUM** | -- | -- | -- | -- | -- | -- | -- | -- | 4 | -- |
| **200000 RETICULOSARCOMA UNSPEC** | -- | -- | -- | 2 | -- | -- | -- | -- | -- | -- |
| **874900 OPN WOUND NECK NEC-COMPL** | -- | -- | -- | 6 | -- | -- | -- | -- | -- | -- |
| **825200 FX FOOT BONE NOS-CLOSED** | -- | -- | -- | -- | -- | -- | -- | -- | 10 | -- |
| **788000 RENAL COLIC** | -- | -- | 4 | -- | -- | 3 | -- | -- | 2 | -- |
| **715900 OSTEOARTHROS NOS-UNSPEC** | -- | 6 | 9 | 8 | -- | -- | -- | 6 | -- | -- |
| **682700 CELLULITIS OF FOOT** | -- | -- | -- | -- | 7 | -- | -- | -- | -- | -- |
| **594100 BLADDER CALCULUS NEC** | -- | -- | -- | -- | -- | 18 | 4 | -- | -- | -- |
| **555910 CROHN'S DISEASE NOS** | -- | -- | -- | -- | -- | -- | -- | 4 | -- | -- |
| **205020 ACUTE MYELD LEUK IN RLPS** | -- | -- | -- | -- | -- | -- | 9 | -- | -- | -- |
| **V18190 FAM HX OTH ENDO METB DX** | -- | -- | -- | -- | 7 | 6 | -- | -- | -- | -- |
| **V67980 FU EXAM-URINARY STONE** | -- | -- | -- | -- | -- | -- | 7 | -- | -- | -- |
| **V42810 BONE MARROW TRANS STATUS** | -- | -- | 9 | -- | -- | -- | -- | -- | -- | -- |
| **790210 IMPAIRED FASTING GLUCOSE** | -- | -- | -- | 6 | -- | -- | -- | -- | -- | -- |
| **726730 CALCANEAL SPUR** | -- | -- | -- | -- | 6 | -- | -- | -- | -- | -- |
| **724500 BACKACHE NOS** | -- | -- | 6 | -- | -- | -- | -- | -- | -- | -- |
| **719460 JOINT PAIN-L/LEG** | -- | -- | 2 | -- | -- | -- | 9 | 9 | -- | -- |
| **715960 OSTEOARTHROS NOS-L/LEG** | -- | -- | -- | -- | -- | -- | -- | -- | -- | 8 |
| **707100 ULCER OF LOWER LIMB NOS** | -- | -- | -- | -- | -- | -- | -- | -- | 6 | -- |
| **585300 CHRONIC KIDNEY DIS III** | -- | -- | -- | -- | -- | -- | -- | 10 | 7 | -- |
| **401900 HYPERTENSION NOS** | -- | 5 | 17 | 35 | 5 | 25 | 7 | -- | -- | -- |
| **289910 THROMBOCYTOSIS** | -- | 3 | 2 | 2 | -- | -- | -- | -- | -- | -- |
| **238710 ESSEN THROMBOCYTHEMIA** | -- | -- | -- | -- | 2 | -- | -- | -- | -- | -- |

SOURCE: Encuity, TreatmentAnswers

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **205900 MYELOID LEUK NOS W/O REM** | -- | -- | 2 | 10 | -- | -- | -- | -- | -- | -- |
| **V45730 ACQ ABSENCE OF KIDNEY** | -- | -- | -- | -- | -- | 8 | -- | -- | -- | -- |
| **789000 ABDOMINAL PAIN UNSP SITE** | -- | -- | 5 | -- | -- | -- | -- | -- | -- | -- |
| **780600 FEVER UNSPEC.** | -- | -- | 1 | -- | -- | -- | -- | -- | -- | -- |
| **719430 JOINT PAIN-FOREARM** | -- | -- | -- | -- | -- | -- | -- | 7 | -- | -- |
| **715980 OSTEOARTHRO NOS-OTH SITE** | -- | -- | -- | -- | -- | -- | 13 | -- | -- | -- |
| **600000 HYPER PROST W/O URIN OBS** | -- | -- | 3 | -- | -- | -- | -- | -- | -- | -- |
| **592100 CALCULUS OF URETER** | -- | -- | -- | -- | -- | -- | -- | -- | 12 | -- |
| **440100 RENAL ARTERY ATHEROSCLER** | -- | -- | -- | -- | -- | -- | 4 | -- | -- | -- |
| **425420 CARDIOMYOPATHY NOS** | -- | -- | -- | -- | 23 | -- | -- | -- | -- | -- |
| **250800 DIAB W MANIF NEC ADULT** | -- | -- | -- | -- | 4 | -- | -- | -- | -- | -- |
| **250000 DIABETES UNCOMPL ADULT** | -- | -- | -- | -- | -- | -- | -- | -- | -- | 10 |
| **042000 HIV INFECTION** | -- | 2 | -- | -- | -- | -- | -- | -- | -- | -- |
| **079990 VIRAL INFECTION NOS** | -- | -- | -- | -- | -- | 7 | -- | -- | -- | -- |
| **274010 ACUTE GOUTY ARTHROPATHY** | -- | -- | -- | -- | -- | -- | 8 | 34 | 38 | 10 |
| **200750 LCL LYMP NODE ING&LW LIM** | -- | -- | -- | -- | -- | 4 | -- | -- | -- | -- |
| **V67035 P/O MENISCECTOMY** | -- | -- | -- | -- | -- | -- | 13 | -- | -- | -- |
| **719420 JOINT PAIN-UP/ARM** | -- | -- | 7 | -- | 10 | -- | -- | -- | -- | -- |
| **585200 CHRONIC KIDNEY DIS II** | -- | -- | -- | -- | -- | -- | 6 | -- | 6 | -- |
| **414000 CORONARY ATHEROSCL UNSP** | -- | -- | -- | -- | -- | -- | -- | 5 | -- | -- |
| **345900 EPILEPSY NOS-NOT INTRACT** | -- | -- | -- | -- | 5 | -- | -- | -- | -- | -- |
| **285900 ANEMIA NOS** | -- | -- | -- | -- | -- | 6 | -- | -- | -- | -- |
| **895000 AMPUTATION TOE** | -- | -- | -- | -- | -- | -- | 3 | -- | -- | -- |
| **790600 ABN BLOOD CHEMISTRY NEC** | -- | -- | 13 | -- | 11 | 8 | -- | -- | -- | -- |
| **719450 JOINT PAIN-PELVIS** | -- | -- | -- | -- | -- | 4 | -- | -- | -- | -- |
| **719400 JOINT PAIN-UNSPEC** | -- | -- | -- | -- | 5 | -- | -- | -- | 3 | -- |
| **696000 PSORIATIC ARTHROPATHY** | -- | 4 | -- | -- | -- | -- | -- | 4 | -- | -- |
| **599600 URINARY OBSTRUCTION NOS** | -- | -- | 2 | -- | -- | -- | -- | -- | -- | -- |
| **585900 CHRONIC KIDNEY DIS NOS** | -- | -- | -- | -- | -- | 9 | -- | -- | -- | -- |
| **530810 ESOPHAGEAL REFLUX** | -- | -- | 5 | -- | -- | -- | -- | -- | -- | -- |
| **410900 AMI NOS-EPISODE NOS** | -- | -- | -- | -- | -- | 7 | -- | -- | -- | -- |
| **289900 BLOOD DISEASE NOS** | -- | -- | 2 | -- | -- | -- | -- | -- | -- | -- |
| **274820 GOUTY TOPHI SITE NEC** | -- | -- | -- | 3 | -- | 2 | -- | -- | -- | 4 |
| **274190 GOUTY NEPHROPATHY NEC** | -- | -- | -- | -- | -- | -- | -- | -- | -- | 6 |
| **V70000 ROUTINE MEDICAL EXAM** | -- | -- | 6 | -- | -- | -- | -- | -- | -- | -- |
| **729560 TOE PAIN** | -- | -- | -- | -- | 8 | -- | 9 | -- | -- | -- |
| **729550 FOOT PAIN** | -- | 13 | 6 | -- | -- | -- | 22 | -- | 6 | -- |
| **724900 BACK DISORDER NOS** | -- | -- | -- | 2 | -- | -- | -- | -- | -- | -- |
| **719030 JOINT EFFUSION-FOREARM** | -- | -- | -- | -- | -- | 7 | -- | -- | -- | -- |
| **707900 CHRONIC SKIN ULCER NOS** | -- | -- | -- | -- | 4 | -- | -- | -- | -- | -- |
| **374900 DISORDER OF EYELID NOS** | -- | 16 | -- | -- | -- | -- | -- | -- | -- | -- |
| **296700 BIPOLAR AFFECTIVE NOS** | -- | -- | -- | -- | -- | 4 | -- | -- | -- | -- |
| **275493 NEPHROCALCINOSIS** | -- | -- | -- | 3 | -- | -- | -- | -- | -- | -- |
| **238730 MYELODYSPLASIA** | -- | -- | 5 | -- | -- | -- | -- | -- | -- | -- |
| **208900 UNSPEC LEUKEMIA W/O REM** | -- | -- | -- | -- | -- | 6 | -- | -- | -- | -- |
| **206000 AC MONO LEUK W/O REM** | -- | -- | -- | -- | 2 | -- | -- | -- | -- | -- |
| **274030 CHR GTY ARTHROP W/TPHS** | -- | -- | -- | -- | -- | -- | -- | -- | 10 | -- |
| **274020 CHR GTY ARTHR NO MEN TPS** | -- | -- | -- | -- | -- | -- | 20 | 3 | 4 | 22 |
| **V67029 P/O UROLOGY SURGERY** | -- | -- | 3 | -- | -- | 6 | -- | -- | -- | -- |
| **791910 URICOSURIA** | -- | -- | 3 | -- | 4 | 4 | -- | -- | -- | -- |
| **727000 SYNOVITIS NOS** | -- | -- | -- | 9 | -- | -- | -- | -- | 3 | -- |
| **714000 RHEUMATOID ARTHRITIS** | -- | -- | -- | 3 | -- | -- | -- | -- | -- | -- |
| **682900 CELLULITIS NOS** | -- | -- | -- | -- | 4 | -- | -- | -- | -- | -- |
| **591000 HYDRONEPHROSIS** | -- | -- | -- | -- | -- | -- | -- | -- | 7 | -- |
| **584900 ACUTE RENAL FAILURE NOS** | -- | -- | -- | -- | -- | 8 | -- | 5 | -- | -- |
| **583900 NEPHRITIS NOS** | -- | -- | -- | 8 | -- | -- | -- | -- | -- | -- |
| **574200 CHOLELITHIASIS NOS** | -- | -- | -- | -- | -- | -- | 4 | -- | 11 | -- |
| **310910 ORGANIC BRAIN SYNDROME** | -- | -- | -- | 4 | -- | -- | -- | -- | -- | -- |
| **275900 DIS MINERAL METABOL NOS** | -- | 8 | -- | -- | -- | -- | -- | -- | -- | -- |

SOURCE: Encuity, TreatmentAnswers

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 272900 LIPOID METABOL DIS NOS | -- | -- | 10 | 6 | -- | -- | -- | -- | -- | -- |
| 204100 CHR LYMPH LEUK W/O REM | -- | 5 | -- | -- | -- | 6 | 3 | -- | -- | -- |
| 200100 LYMPHOSARCOMA UNSPEC | -- | -- | -- | -- | 4 | -- | -- | -- | -- | -- |
| Colchicine | 766 | 784 | 925 | 921 | 882 | 873 | 1,032 | 800 | 553 | 378 |
| 274900 GOUT NOS | 597 | 622 | 816 | 714 | 641 | 715 | 870 | 599 | 440 | 318 |
| 274000 GOUTY ARTHROPATY UNSPEC | 47 | 21 | 33 | 24 | 69 | 38 | 34 | 64 | 63 | 29 |
| 515000 POSTINFLAM PULM FIBROSIS | 17 | 9 | 4 | 6 | -- | 5 | -- | -- | -- | -- |
| 719400 JOINT PAIN-UNSPEC | 13 | 6 | -- | 5 | -- | -- | -- | -- | -- | -- |
| 786521 PLEURODYNIA | 12 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 719490 JOINT PAIN-MULT JTS | 9 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 729550 FOOT PAIN | 8 | -- | 7 | 7 | 8 | 7 | 7 | 9 | -- | -- |
| 719060 JOINT EFFUSION-L/LEG | 7 | 2 | -- | -- | -- | 3 | 8 | -- | -- | -- |
| 453890 AC VEN EMB&THR OT SP VNS | 7 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 374000 ENTROPION NOS | 5 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 136100 BEHCET'S SYNDROME | 5 | 13 | -- | -- | 48 | 12 | 3 | -- | -- | -- |
| 790600 ABN BLOOD CHEMISTRY NEC | 5 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 710100 SCLERODERMA | 5 | -- | -- | 5 | -- | 4 | -- | -- | -- | -- |
| 528200 ORAL APHTHAE | 4 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 607850 PEYRONIE'S DISEASE | 4 | 8 | -- | -- | -- | 4 | -- | 3 | -- | -- |
| 924900 CONTUSION NOS | 3 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 787910 DIARRHEA NOS | 3 | -- | 10 | -- | -- | -- | -- | -- | -- | -- |
| 515030 INTERSTITIAL PNEUMONITIS | 3 | 3 | -- | 4 | -- | -- | -- | -- | -- | -- |
| 275491 PSEUDOGOUT | 3 | 3 | 2 | -- | -- | -- | 2 | 7 | 4 | -- |
| 712300 CHONDROCALCIN NOS-UNSPEC | 3 | 2 | -- | 2 | -- | 8 | -- | 5 | -- | 2 |
| 447610 VASCULITIS | 2 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 716900 ARTHRITIS NOS---UNSPEC | 2 | -- | 6 | 6 | -- | -- | -- | -- | -- | -- |
| 719300 PALINDROM RHEUM-UNSPEC | 1 | 1 | -- | -- | -- | -- | -- | -- | -- | -- |
| 727300 BURSITIS NEC | 1 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 274030 CHR GTY ARTHROP W/TPHS | -- | -- | -- | -- | -- | -- | 2 | -- | -- | -- |
| V67032 P/O HIP/JT REPLACEMENT | -- | -- | -- | -- | -- | 13 | -- | -- | -- | -- |
| 995200 ADVRS EFF UNS RX MED NOS | -- | -- | 5 | -- | -- | -- | -- | -- | -- | -- |
| 719450 JOINT PAIN-PELVIS | -- | -- | 2 | -- | -- | -- | -- | -- | -- | -- |
| 719070 JOINT EFFUSION-ANKLE | -- | 6 | -- | -- | -- | -- | -- | -- | 4 | -- |
| 716590 POLYARTHRITIS NOS-MULT | -- | -- | -- | 3 | 4 | -- | -- | -- | -- | -- |
| 715900 OSTEOARTHROS NOS-UNSPEC | -- | -- | -- | 12 | 4 | -- | -- | -- | -- | -- |
| 714200 SYST RHEUM ARTHRITIS NEC | -- | -- | -- | -- | -- | -- | 3 | -- | -- | -- |
| 711000 PYOGEN ARTHRITIS-UNSPEC | -- | -- | -- | -- | 3 | -- | -- | -- | -- | -- |
| 695200 ERYTHEMA NODOSUM | -- | -- | -- | -- | 3 | -- | -- | -- | -- | -- |
| 428900 HEART FAILURE NOS | -- | -- | 9 | -- | -- | -- | -- | -- | -- | -- |
| 023900 BRUCELLOSIS NOS | -- | -- | -- | -- | -- | 5 | -- | -- | -- | -- |
| 274010 ACUTE GOUTY ARTHROPATHY | -- | -- | -- | -- | -- | -- | 25 | 96 | 31 | 11 |
| 780600 FEVER UNSPEC. | -- | -- | -- | -- | -- | 6 | -- | -- | -- | -- |
| 727010 SYNOVITIS IN OTH DIS | -- | -- | -- | 3 | -- | -- | -- | -- | -- | -- |
| 720000 ANKYLOSING SPONDYLITIS | -- | -- | -- | -- | 15 | -- | -- | -- | -- | -- |
| 716600 MONOARTHRITIS NOS-UNSPEC | -- | -- | -- | -- | -- | -- | -- | -- | 4 | -- |
| 715940 OSTEOARTHROS NOS-HAND | -- | -- | -- | 4 | 4 | 2 | -- | -- | -- | -- |
| 710000 SYST LUPUS ERYTHEMATOSUS | -- | -- | 2 | -- | -- | -- | -- | -- | 6 | -- |
| 695894 SWEET'S SYNDROME | -- | -- | -- | -- | -- | 2 | -- | -- | -- | -- |
| 571600 BILIARY CIRRHOSIS | -- | -- | -- | -- | 4 | -- | -- | -- | -- | -- |
| 528210 APHTHOUS STOMATITIS | -- | -- | -- | 5 | -- | -- | -- | -- | -- | -- |
| 501000 ASBESTOSIS | -- | -- | 4 | -- | -- | -- | -- | -- | -- | -- |
| 423900 PERICARDIAL DISEASE NOS | -- | -- | -- | 2 | -- | -- | -- | 3 | -- | -- |
| 274820 GOUTY TOPHI SITE NEC | -- | -- | -- | 3 | -- | -- | -- | -- | -- | -- |
| 272400 HYPERLIPIDEMIA NEC/NOS | -- | 15 | -- | -- | -- | -- | -- | -- | -- | -- |
| V49760 ABOVE KNEE AMPUT STATUS | -- | -- | -- | 6 | -- | -- | -- | -- | -- | -- |
| 730300 PERIOSTITIS-UNSPEC | -- | -- | -- | 7 | -- | -- | -- | -- | -- | -- |
| 729140 FIBROMYALGIA | -- | -- | -- | 12 | -- | -- | -- | -- | -- | -- |
| 725000 POLYMYALGIA RHEUMATICA | -- | -- | -- | -- | -- | -- | -- | 4 | -- | -- |
| 722930 DISC DIS NEC/NOS-LUMBAR | -- | 6 | -- | -- | -- | -- | -- | -- | -- | -- |

SOURCE: Encuity, TreatmentAnswers

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **691810 ATOPIC DERMATITIS** | -- | -- | -- | 1 | -- | -- | -- | -- | -- | -- |
| **528930 MOUTH ULCER** | -- | -- | -- | -- | -- | 7 | -- | -- | -- | -- |
| **401900 HYPERTENSION NOS** | -- | -- | -- | -- | -- | 5 | -- | -- | -- | -- |
| **310910 ORGANIC BRAIN SYNDROME** | -- | -- | -- | 4 | -- | -- | -- | -- | -- | -- |
| **273200 PARAPROTEINEMIA NEC** | -- | -- | -- | -- | -- | -- | -- | -- | -- | 1 |
| **136900 INFECT/PARASITE DIS NOS** | -- | 7 | -- | -- | -- | -- | -- | -- | -- | -- |
| **733990 BONE & CARTILAGE DIS NEC** | -- | -- | -- | -- | 3 | -- | -- | -- | -- | -- |
| **729810 SWELLING OF LIMB** | -- | -- | -- | 7 | 6 | 8 | -- | -- | -- | -- |
| **719030 JOINT EFFUSION-FOREARM** | -- | 5 | -- | -- | -- | -- | -- | -- | -- | -- |
| **715980 OSTEOARTHRO NOS-OTH SITE** | -- | -- | -- | -- | -- | -- | 13 | -- | -- | -- |
| **696000 PSORIATIC ARTHROPATHY** | -- | -- | -- | 4 | -- | -- | -- | -- | -- | -- |
| **585900 CHRONIC KIDNEY DIS NOS** | -- | -- | -- | -- | -- | 5 | -- | -- | -- | -- |
| **585300 CHRONIC KIDNEY DIS III** | -- | -- | -- | -- | -- | -- | 7 | -- | -- | -- |
| **515020 INTERSTITIAL LUNG DIS** | -- | -- | -- | -- | 5 | -- | -- | -- | -- | -- |
| **423910 PERICARDITIS NOS** | -- | 8 | -- | -- | -- | -- | 13 | -- | -- | 9 |
| **275490 OTH DIS CALCIUM METAB** | -- | -- | 4 | 2 | 3 | 2 | -- | -- | -- | -- |
| **090400 JUVENILE NEUROSYPH NOS** | -- | -- | -- | -- | 3 | -- | -- | -- | -- | -- |
| **V67035 P/O MENISCECTOMY** | -- | -- | -- | -- | -- | -- | 13 | -- | -- | -- |
| **735400 OTHER HAMMER TOE** | -- | 4 | -- | -- | -- | -- | -- | -- | -- | -- |
| **729510 FINGER PAIN** | -- | -- | -- | -- | -- | 8 | -- | -- | -- | -- |
| **727000 SYNOVITIS NOS** | -- | -- | -- | 4 | -- | -- | -- | -- | -- | -- |
| **719230 VILLONOD SYNOVIT-FOREARM** | -- | -- | 8 | -- | -- | -- | -- | -- | -- | -- |
| **716960 ARTHRITIS NOS---L/LEG** | -- | -- | -- | -- | -- | 3 | -- | 2 | -- | -- |
| **711280 BEHCET ARTHRITIS NEC** | -- | -- | -- | -- | 14 | -- | -- | -- | -- | -- |
| **443900 PERIPH VASCULAR DIS NOS** | -- | -- | -- | 6 | -- | -- | -- | -- | -- | -- |
| **995100 ANGIONEUROTIC EDEMA** | -- | -- | -- | -- | -- | -- | 7 | -- | -- | -- |
| **780790 OTHER MALAISE & FATIGUE** | -- | -- | -- | -- | -- | 3 | -- | -- | -- | -- |
| **729300 PANNICULITIS, UNSP SITE** | -- | -- | -- | 6 | 3 | -- | -- | -- | -- | -- |
| **719410 JOINT PAIN-SHLDER** | -- | -- | -- | -- | -- | -- | -- | -- | -- | 9 |
| **716500 POLYARTHRITIS NOS-UNSPEC** | -- | -- | -- | -- | 4 | -- | -- | -- | -- | -- |
| **715090 GENERAL OSTEOARTH MULTIP** | -- | -- | -- | -- | -- | -- | 3 | 6 | -- | -- |
| **874900 OPN WOUND NECK NEC-COMPL** | -- | -- | -- | 6 | -- | -- | -- | -- | -- | -- |
| **789000 ABDOMINAL PAIN UNSP SITE** | -- | -- | -- | 6 | -- | -- | -- | -- | -- | -- |
| **726900 ENTHESOPATHY, SITE NOS** | -- | -- | -- | 4 | -- | -- | -- | -- | -- | -- |
| **724500 BACKACHE NOS** | -- | -- | -- | 6 | -- | -- | -- | -- | -- | -- |
| **724400 LUMBOSACRAL NEURITIS NOS** | -- | 6 | -- | -- | -- | -- | -- | -- | -- | -- |
| **719670 JOINT SYMPTOM NEC-ANKLE** | -- | -- | 10 | -- | -- | -- | -- | -- | -- | -- |
| **719470 JOINT PAIN-ANKLE** | -- | 16 | -- | -- | -- | -- | -- | -- | -- | -- |
| **719460 JOINT PAIN-L/LEG** | -- | -- | 2 | -- | -- | -- | 7 | -- | -- | -- |
| **715960 OSTEOARTHROS NOS-L/LEG** | -- | -- | -- | 4 | 3 | 6 | -- | -- | -- | -- |
| **714000 RHEUMATOID ARTHRITIS** | -- | -- | -- | -- | -- | 6 | -- | -- | -- | -- |
| **277310 FAMILIAL MEDITERR FEVER** | -- | -- | -- | 5 | 8 | -- | -- | 2 | -- | -- |
| **844900 SPRAIN OF KNEE & LEG NOS** | -- | -- | -- | -- | 3 | -- | -- | -- | -- | -- |
| **781200 ABNORMALITY OF GAIT** | -- | -- | -- | 7 | -- | -- | -- | -- | -- | -- |
| **729560 TOE PAIN** | -- | 13 | -- | 8 | 20 | -- | 16 | -- | -- | -- |
| **727900 SYNOV/TEND/BURSA DIS NOS** | -- | 4 | -- | -- | -- | -- | -- | -- | -- | -- |
| **712870 CRYST ARTHROP NEC-ANKLE** | -- | 3 | -- | -- | -- | -- | -- | -- | -- | -- |
| **712310 CHONDROCALCIN NOS-SHLDER** | -- | -- | -- | -- | 3 | -- | -- | -- | -- | -- |
| **428000 CONGESTIVE HEART FAILURE** | -- | -- | -- | 10 | -- | -- | -- | -- | -- | -- |
| **Zyloprim** | 301 | 352 | 228 | 171 | 226 | 208 | 192 | 243 | 237 | 208 |
| **274900 GOUT NOS** | 277 | 256 | 193 | 116 | 153 | 167 | 177 | 225 | 223 | 201 |
| **790610 HYPERURICEMIA** | 9 | 52 | -- | 10 | 16 | 3 | -- | 16 | -- | -- |
| **274000 GOUTY ARTHROPATY UNSPEC** | 7 | 26 | 13 | 15 | 20 | 15 | 8 | -- | 14 | 7 |
| **274110 URIC ACID NEPHROLITHIAS** | 6 | 3 | -- | -- | -- | -- | -- | -- | -- | -- |
| **274820 GOUTY TOPHI SITE NEC** | 3 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **453400 VEN EMB LOWER EXTRE UNSP** | -- | 7 | -- | -- | -- | -- | -- | -- | -- | -- |
| **729550 FOOT PAIN** | -- | -- | 6 | 7 | -- | 7 | -- | -- | -- | -- |
| **592000 CALCULUS OF KIDNEY** | -- | 3 | -- | -- | -- | -- | -- | -- | -- | -- |
| **401900 HYPERTENSION NOS** | -- | -- | 6 | -- | 6 | -- | -- | -- | -- | -- |

SOURCE: Encuity, TreatmentAnswers

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 787200 DYSPHAGIA UNSPECIFIED | -- | -- | -- | -- | 5 | -- | -- | -- | -- | -- |
| 729560 TOE PAIN | -- | -- | -- | -- | 7 | -- | -- | -- | -- | -- |
| 729810 SWELLING OF LIMB | -- | -- | -- | 7 | -- | -- | -- | -- | -- | -- |
| 782300 EDEMA | -- | -- | -- | 12 | -- | -- | -- | -- | -- | -- |
| 274030 CHR GTY ARTHROP W/TPHS | -- | -- | -- | -- | -- | -- | -- | 3 | -- | -- |
| 414000 CORONARY ATHEROSCL UNSP | -- | -- | -- | -- | -- | 7 | -- | -- | -- | -- |
| V45810 AORTOCORONARY BYPASS | -- | -- | -- | -- | -- | 7 | -- | -- | -- | -- |
| 735900 ACQ DEFORMITY OF TOE NOS | -- | -- | -- | 3 | -- | -- | -- | -- | -- | -- |
| V12591 HX OF CVA | -- | -- | 5 | -- | -- | -- | -- | -- | -- | -- |
| 205000 AC MYELOID LEUK W/O REM | -- | 5 | -- | -- | -- | -- | -- | -- | -- | -- |
| 719460 JOINT PAIN-L/LEG | -- | -- | -- | -- | -- | -- | 7 | -- | -- | -- |
| 272400 HYPERLIPIDEMIA NEC/NOS | -- | -- | 6 | -- | -- | -- | -- | -- | -- | -- |
| 414001 CORONARY ARTERY DIS NOS | -- | -- | -- | -- | 18 | -- | -- | -- | -- | -- |
| **ColBenemid** | 62 | 25 | 34 | 14 | 43 | 65 | 64 | 49 | 50 | 104 |
| 274900 GOUT NOS | 46 | 25 | 30 | 14 | 43 | 65 | 61 | 49 | 42 | 89 |
| 790610 HYPERURICEMIA | 11 | -- | -- | -- | -- | -- | -- | -- | -- | 11 |
| 274000 GOUTY ARTHROPATY UNSPEC | 5 | -- | 4 | -- | -- | -- | 3 | -- | 9 | -- |
| 790600 ABN BLOOD CHEMISTRY NEC | -- | -- | -- | -- | -- | -- | -- | -- | -- | 4 |
| **Probenecid** | 30 | 36 | 49 | 62 | 12 | 51 | 17 | 26 | 34 | 7 |
| 274900 GOUT NOS | 17 | 36 | 37 | 62 | -- | 22 | 12 | 13 | 22 | -- |
| 790610 HYPERURICEMIA | 6 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 590800 PYELONEPHRITIS NOS | 5 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 274000 GOUTY ARTHROPATY UNSPEC | 2 | -- | 6 | -- | -- | 7 | -- | 8 | -- | 7 |
| 998590 OTHER POSTOP INFECTION | -- | -- | -- | -- | -- | -- | -- | -- | 6 | -- |
| 088810 LYME DISEASE | -- | -- | -- | -- | 6 | -- | -- | -- | -- | -- |
| 682600 CELLULITIS OF LEG | -- | -- | -- | -- | 6 | -- | 5 | 5 | -- | -- |
| 879820 LACERATION NOS | -- | -- | -- | -- | -- | 6 | -- | -- | -- | -- |
| 274030 CHR GTY ARTHROP W/TPHS | -- | -- | -- | -- | -- | -- | -- | -- | 7 | -- |
| 686900 LOCAL SKIN INFECTION NOS | -- | -- | -- | -- | -- | 6 | -- | -- | -- | -- |
| 682900 CELLULITIS NOS | -- | -- | -- | -- | -- | 11 | -- | -- | -- | -- |
| 098190 GC (ACUTE) UPPER GU NEC | -- | -- | 6 | -- | -- | -- | -- | -- | -- | -- |
| **Benemid** | 10 | 8 | 15 | 13 | 6 | 11 | 15 | 14 | 19 | 31 |
| 274000 GOUTY ARTHROPATY UNSPEC | 6 | -- | 4 | -- | -- | -- | -- | -- | -- | -- |
| 274900 GOUT NOS | 4 | 8 | 11 | 11 | 6 | 11 | 15 | 14 | 19 | 26 |
| 790610 HYPERURICEMIA | -- | -- | -- | -- | -- | -- | -- | -- | -- | 5 |
| 708900 URTICARIA NOS | -- | -- | -- | 2 | -- | -- | -- | -- | -- | -- |
| **Febuxostat** | -- | -- | -- | -- | -- | -- | -- | -- | -- | 11 |
| 274900 GOUT NOS | -- | -- | -- | -- | -- | -- | -- | -- | -- | 11 |
| **Uloric** | -- | -- | -- | -- | -- | 53 | 430 | 658 | 646 | 738 |
| 719460 JOINT PAIN-L/LEG | -- | -- | -- | -- | -- | -- | -- | 7 | -- | -- |
| 592000 CALCULUS OF KIDNEY | -- | -- | -- | -- | -- | -- | -- | 13 | -- | -- |
| 274030 CHR GTY ARTHROP W/TPHS | -- | -- | -- | -- | -- | -- | 2 | -- | -- | -- |
| 274010 ACUTE GOUTY ARTHROPATHY | -- | -- | -- | -- | -- | -- | 6 | 4 | -- | 5 |
| 275491 PSEUDOGOUT | -- | -- | -- | -- | -- | -- | -- | -- | -- | 14 |
| 274900 GOUT NOS | -- | -- | -- | -- | -- | 53 | 363 | 507 | 574 | 550 |
| 790610 HYPERURICEMIA | -- | -- | -- | -- | -- | -- | 22 | 7 | 41 | 58 |
| 274890 GOUT W MANIFESTATION NEC | -- | -- | -- | -- | -- | -- | -- | -- | -- | 14 |
| 274020 CHR GTY ARTHR NO MEN TPS | -- | -- | -- | -- | -- | -- | 4 | 7 | -- | -- |
| 586000 RENAL FAILURE NOS | -- | -- | -- | -- | -- | -- | -- | 7 | -- | -- |
| 274820 GOUTY TOPHI SITE NEC | -- | -- | -- | -- | -- | -- | -- | -- | -- | 5 |
| 274000 GOUTY ARTHROPATY UNSPEC | -- | -- | -- | -- | -- | -- | 29 | 106 | 31 | 93 |
| 795791 POSITIVE ANA | -- | -- | -- | -- | -- | -- | 3 | -- | -- | -- |
| **Krystexxa** | -- | -- | -- | -- | -- | -- | -- | -- | 10 | -- |
| 274900 GOUT NOS | -- | -- | -- | -- | -- | -- | -- | -- | 10 | -- |
| **Colcrys** | -- | -- | -- | -- | -- | -- | 3 | 109 | 549 | 643 |
| 274900 GOUT NOS | -- | -- | -- | -- | -- | -- | 3 | 93 | 466 | 574 |
| 528200 ORAL APHTHAE | -- | -- | -- | -- | -- | -- | -- | -- | 2 | -- |
| 729810 SWELLING OF LIMB | -- | -- | -- | -- | -- | -- | -- | -- | 9 | -- |
| 719060 JOINT EFFUSION-L/LEG | -- | -- | -- | -- | -- | -- | -- | -- | -- | 2 |

SOURCE: Encuity, TreatmentAnswers

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 712300 CHONDROCALCIN NOS-UNSPEC | -- | -- | -- | -- | -- | -- | -- | -- | -- | 2 |
| 716900 ARTHRITIS NOS---UNSPEC | -- | -- | -- | -- | -- | -- | -- | -- | -- | 11 |
| 274000 GOUTY ARTHROPATY UNSPEC | -- | -- | -- | -- | -- | -- | -- | 16 | 22 | 17 |
| 274010 ACUTE GOUTY ARTHROPATHY | -- | -- | -- | -- | -- | -- | -- | -- | 23 | 24 |
| 274020 CHR GTY ARTHR NO MEN TPS | -- | -- | -- | -- | -- | -- | -- | -- | -- | 4 |
| 719470 JOINT PAIN-ANKLE | -- | -- | -- | -- | -- | -- | -- | -- | 9 | -- |
| 714200 SYST RHEUM ARTHRITIS NEC | -- | -- | -- | -- | -- | -- | -- | -- | 7 | -- |
| 697000 LICHEN PLANUS | -- | -- | -- | -- | -- | -- | -- | -- | 4 | -- |
| 275491 PSEUDOGOUT | -- | -- | -- | -- | -- | -- | -- | -- | 4 | 6 |
| 695200 ERYTHEMA NODOSUM | -- | -- | -- | -- | -- | -- | -- | -- | 3 | -- |
| **Probenecid/Colchic** | -- | 14 | 4 | 30 | 4 | 5 | 8 | 6 | 3 | -- |
| 274900 GOUT NOS | -- | 1 | 4 | 30 | 4 | 5 | 3 | 6 | -- | -- |
| 790610 HYPERURICEMIA | -- | 13 | -- | -- | -- | -- | -- | -- | -- | -- |
| 682600 CELLULITIS OF LEG | -- | -- | -- | -- | -- | -- | 5 | -- | -- | -- |
| 714000 RHEUMATOID ARTHRITIS | -- | -- | -- | -- | -- | -- | -- | -- | 3 | -- |
| **Puricase** | -- | -- | -- | -- | -- | 12 | -- | -- | -- | -- |
| 274900 GOUT NOS | -- | -- | -- | -- | -- | 12 | -- | -- | -- | -- |
| **Anturane** | -- | 1 | -- | -- | -- | -- | -- | -- | -- | -- |
| 274900 GOUT NOS | -- | 1 | -- | -- | -- | -- | -- | -- | -- | -- |
| **Lopurin** | -- | 7 | -- | -- | -- | -- | 6 | -- | -- | -- |
| 274900 GOUT NOS | -- | 7 | -- | -- | -- | -- | 6 | -- | -- | -- |

SOURCE: Encuity, TreatmentAnswers