# EXHIBIT I

| Diag 4 | Q2 2008 Drug Uses (Proj) | Q3 2008 Drug Uses (Proj) | Q4 2008 Drug Uses (Proj) | Q1 2009 Drug Uses (Proj) | Q2 2009 Drug Uses (Proj) | Q3 2009 Drug Uses (Proj) | Q4 2009 Drug Uses (Proj) | Q1 2010 Drug Uses (Proj) | Q2 2010 Drug Uses (Proj) | Q3 2010 Drug Uses (Proj) | Q4 2010 Drug Uses (Proj) | Q1 2011 Drug Uses (Proj) | Q2 2011 Drug Uses (Proj) | Q3 2011 Drug Uses (Proj) | Q4 2011 Drug Uses (Proj) | Q1 2012 Drug Uses (Proj) | Q2 2012 Drug Uses (Proj) | Q3 2012 Drug Uses (Proj) | Q4 2012 Drug Uses (Proj) | Q1 2013 Drug Uses (Proj) | Q2 2013 Drug Uses (Proj) | Q3 2013 Drug Uses (Proj) | Q4 2013 Drug Uses (Proj) | Q1 2014 Drug Uses (Proj) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2749 GOUT UNSPECIFIED | | | | | | | | | | | | | | | | | | | | | | | | |
| COLCHICINE | 221,131 | 219,658 | 143,654 | 270,437 | 237,729 | 276,058 | 237,630 | 210,873 | 244,504 | 260,569 | 239,056 | 111,612 | 137,125 | 148,450 | 77,560 | 86,435 | 72,904 | 119,742 | 66,183 | 79,095 | 71,649 | 105,360 | 53,015 | 100,870 |
| COLCRYS | | | | | | | | 870 | 13,756 | 3,637 | 10,642 | 30,908 | 61,809 | 111,367 | 160,129 | 178,087 | 128,896 | 266,421 | 189,386 | 126,529 | 187,918 | 226,055 | 201,575 | 141,546 |
| 2740 GOUTY ARTHROPATHY | | | | | | | | | | | | | | | | | | | | | | | | |
| COLCHICINE | 23,005 | 32,240 | 22,876 | 24,284 | 9,667 | 27,358 | 12,396 | 25,926 | 33,065 | 36,566 | 29,473 | 27,237 | 19,350 | 29,696 | 9,052 | 1,278 | 1,044 | 18,450 | | 15,302 | 11,566 | 3,527 | 5,341 | 5,947 |
| COLCRYS | | | | | | | | | | | | 12,216 | 14,759 | 2,197 | 2,420 | 16,396 | 13,750 | | 5,652 | 7,175 | 8,622 | 14,800 | 13,865 | 3,144 |
| 2748 GOUT WITH OTHER MANIFEST | | | | | | | | | | | | | | | | | | | | | | | | |
| COLCHICINE | 8,514 | 6,470 | 1,468 | 11,275 | 792 | 1,930 | 2,088 | 955 | | 11,099 | 996 | 2,848 | 1,006 | 2,458 | | | 1,936 | | | 1,938 | | | | 1,774 |
| COLCRYS | | | | | | | | | | | | | | | | 11,620 | 896 | | 1,044 | | 1,234 | 1,050 | 2,242 | 1,038 |
| TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| COLCHICINE | 252,650 | 258,368 | 167,998 | 305,996 | 248,188 | 305,346 | 252,114 | 237,754 | 277,569 | 308,234 | 269,525 | 141,697 | 157,481 | 180,604 | 86,612 | 87,713 | 75,884 | 138,192 | 66,183 | 96,335 | 83,215 | 108,887 | 58,356 | 108,591 |
| COLCRYS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 870 | 13,756 | 3,637 | 10,642 | 43,124 | 76,568 | 113,564 | 162,549 | 206,103 | 143,542 | 266,421 | 196,082 | 133,704 | 197,774 | 241,905 | 217,682 | 145,728 |
| COLCHICINE + COLCRYS | 252,650 | 258,368 | 167,998 | 305,996 | 248,188 | 315,346 | 252,114 | 238,624 | 291,325 | 311,871 | 280,167 | 184,821 | 234,049 | 294,168 | 249,161 | 293,816 | 219,426 | 404,613 | 262,265 | 230,039 | 280,989 | 350,792 | 276,038 | 254,319 |
| TOTAL COLCRYS/COLCHICINE PRESCRIPTIONS FOR GOUT  2008 - 2013 | | 6,457,143 | | | | | | | | | | | | | | | | | | | | | | |